NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JEFFREY L. BELL,**
*Petitioner,*

v.

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent.*

---

2011-3043

---

Petition for review of the Merit Systems Protection Board in case no. PH844E090124-I-2.

---

## ON MOTION

---

## ORDER

Jeffrey L. Bell moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JAN 2 8 2011
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Jeffrey L. Bell
     Richard P. Schroeder, Esq.

s20

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**JAN 2 8 2011**

**JAN HORBALY**
**CLERK**